# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **CLARENCE DUKES,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:11-cv-00530 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **RICHARD WILSON,** | ) | By: Norman K. Moon |
| Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendant's motion to dismiss is **GRANTED in part and DENIED in part**. Further, pursuant to Standing Order No. 2011-18, defendant Wilson is **DIRECTED** to file a motion for summary judgment by no later than September 18, 2012.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 28th day of August, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

.