# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **CLARENCE DUKES,** | ) | Civil Action No. 7:11-cv-00530 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **RICHARD WILSON,** | ) | By:  Norman K. Moon |
| Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendant's motion for summary judgment (docket no. 20) is **GRANTED**, and the Clerk of the Court is directed to **STRIKE** this action from this court's active docket.

The Clerk is further directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTERED**: This  21st   day of May, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE